UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Johnnie White,

    Plaintiff,

v.                                                               Case No. 13-15172

Commissioner of Social Security,              Sean F. Cox
                                                                          United States District Court Judge

    Defendant.

_____/

**ORDER
ACCEPTING AND ADOPTING
REPORT & RECOMMENDATION**

       Plaintiff filed this action seeking judicial review of the Commissioner's unfavorable decision disallowing benefits.

       The matter was referred to Magistrate Judge Michael Hluchaniuk for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

       Thereafter, the parties filed cross-motions for summary judgment.  In a Report and Recommendation ("R&R") issued on March 3, 2015, Magistrate Judge Hluchaniuk recommends that the Commissioner's Motion for Summary Judgment be DENIED, that the findings of the Commissioner be REVERSED, and that this matter be REMANDED for further proceedings under Sentence Four.

       Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

1

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

No party has filed objections to the R&R and the time permitted for filing objections to the R&R has passed.

The Court hereby ADOPTS the March 3, 2015 Report and Recommendation. IT IS ORDERED that: 1) the Commissioner's Motion for Summary Judgment is DENIED; 2) the finding of the Commissioner are REVERSED; and 3) this matter is REMANDED for further proceedings under Sentence Four.

IT IS SO ORDERED.

                        S/Sean F. Cox  
                        Sean F. Cox  
                        United States District Judge

Dated: March 24, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 24, 2015, by electronic and/or ordinary mail.

                        S/Jennifer McCoy  
                        Case Manager